**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. ___26-mj-8335-RMM___

UNITED STATES OF AMERICA

v.

IVAN LLANOS-BARRERA,

    Defendant.    /

FILED BY____MEE____D.C.

Apr 30, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

**CRIMINAL COVER SHEET**

1.  Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?  ☐ Yes  ☑ No

2.  Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? ☐ Yes ☑ No

3.  Did this matter involve the participation of or consultation with now Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? ☐ Yes ☑ No

4.  4.  Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? ☐ Yes ☑ No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

_____
SUZANNE HUYLER
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.     A5503350
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:    (561) 820-8711
Fax:    (561) 820-8777
Email:  Suzanne.Huyler@usdoj.gov

AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

FILED BY_____MEE_____D.C.

Apr 30, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.   26-mj-8335-RMM |
| Ivan Llanos-Barrera | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____April 25, 2026_____ in the county of _____Palm Beach_____ in the _____Southern_____ District of _____Florida_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Illegal Reentry into the United States after deportation or removal |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Luis Camacho, Deportation Officer
*Printed name and title*

Sworn to and attested to me by applicant by telephone (Facetime) per the requirements of Fed. R. Crim. P.4 (d) and 4.1.

Date: _____04/30/2026_____

_____
*Judge's signature*

City and state: _____West Palm Beach, FL_____    Ryon M. McCabe, United States Magistrate Judge
*Printed name and title*

**AFFIDAVIT**
**OF**
**LUIS CAMACHO**
**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**
<u>**IMMIGRATION AND CUSTOMS ENFORCEMENT**</u>

I, Luis Camacho, being duly sworn, depose and state as follows:

1.      I am a Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over ten years. I am currently assigned to the ICE Enforcement and Removal Operations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2.      This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Ivan LLANOS-BARRERA committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a).

3.      On or about April 25, 2026, Ivan LLANOS-BARRERA was arrested in Palm Beach County, Florida for the offense of cocaine possession. He was booked and detained at the Palm Beach County Jail.

4.      A review of the immigration records shows that Ivan LLANOS-BARRERA is a native and citizen of Mexico. Records further show that on or about January 12, 2013, Ivan LLANOS-BARRERA was ordered removed from the United States. The Order of Removal was executed on or about January 25, 2013, whereby Ivan LLANOS-BARRERA was removed from the United States and returned to Mexico.

5. Records further show that on or about January 15, 2013, in the United States District Court, Southern District of Texas, Ivan LLANOS-BARRERA was convicted of the misdemeanor offense of illegal entry, in violation of Title 8, United States Code, Section 1325(a)(1), case number 13-po-00479.

6. Ivan LLANOS-BARRERA's fingerprints taken in connection with his April 25, 2026, arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is Ivan LLANOS-BARRERA.

7. A record check was performed in the Computer Linked Application Informational Management System to determine if Ivan LLANOS-BARRERA filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Ivan LLANOS-BARRERA obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

8.      Based on the foregoing, I submit that probable cause exists to believe that, on or about April 25, 2026, Ivan LLANOS-BARRERA, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

_____
Luis Camacho
Deportation Officer
Immigration and Customs Enforcement

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this _30_ day of April 2026.

_____
RYON M. MCCABE
UNITED STATES MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**:  Ivan Llanos-Barrera

**Case No**: 26-mj-8335-RMM

Count #:

Illegal reentry into the United States after Deportation or Removal

18 U.S.C. 1326(a)

* **Max. Term of Imprisonment:** 2 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:**                    1 year
* **Max. Fine:** $250,000

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**